Form GTotocloscstmp

## UNITED STATES BANKRUPTCY COURT
District of New Hampshire
1000 Elm Street
Suite 1001
Manchester, NH 03101–1708

In Re: Mark Plantier              Case No.: 10–11887–JMD
      Debtor

Chapter: 11

## ORDER CLOSING CASE

It appears from the records of the court that the estate of the above–named debtor(s) has been fully administered.

IT IS ORDERED THAT:

The Trustee is discharged as trustee of the estate of the above–named debtor(s) and the bond is cancelled.

The chapter 11 case of the above–named debtor(s) is closed.

Dated: 7/2/12

/s/ J. Michael Deasy
Bankruptcy Judge